UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert Leonard Coombs                                Docket No. 7:09-CR-44-1BR

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Leonard Coombs, who, upon an earlier plea of guilty to Conspiracy to Submit Fraudulent Income Tax Returns, in violation of 18 U.S.C. § 286, False Claims and Aiding & Abetting, in violation of 18 U.S.C. § 287 and 2, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A., was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on January 12, 2010, to the custody of the Bureau of Prisons for a term of 106 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Robert Leonard Coombs was released from custody on November 20, 2017, at which time the term of supervised release commenced.

On July 30, 2018, a Violation Report was submitted to the court reporting that the defendant tested positive for amphetamines. At that time, Mr. Coombs participation level in the Surprise Urinalysis Program was increased to the highest level and supervision was permitted to continue.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 13, 2018 the defendant submitted to a urinalysis screening, which was confirmed as positive for amphetamines by Alere Laboratories on August 22, 2018. The defendant was confronted with the results of that test and denied intentional use. Mr. Coombs stated that he believes his brother was putting amphetamines in his drink without his knowledge in an effort to cause him problems with the court. Mr. Coombs took responsibility for the test results and stated that regardless of his brother's actions, he is responsible for the results of his urinalysis screenings. Mr. Coombs is currently participating in mental health treatment and the Surprise Urinalysis Program and will continue doing so. As a sanction for the violation conduct, it is respectfully recommended that the conditions of supervised release be modified to include successful completion of community service hours.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

**Robert Leonard Coombs**
**Docket No. 7:09-CR-44-1BR**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: September 4, 2018 |

## ORDER OF THE COURT

Considered and ordered this ___4___ day of ___September___, 2018, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge